STATE OF MONTANA EX REL. DANIEL DONOVAN, RELATOR, v. THE DISTRICT COURT OF THE SIXTEENTH JUDICIAL DISTRICT, OF THE STATE OF MONTANA, IN AND FOR THE COUNTY OF ROSEBUD AND THE HONORABLE ALFRED B. COATE, AS PRESIDING JUDGE THEREOF, RESPONDENTS.

No. 13583.
Decided Nov. 3, 1976.
555 P.2d 755.

Claude I. Burlingame, Forsyth, for relator.

ORDER

PER CURIAM.

Original proceeding.

In this proceeding relator seeks an appropriate writ to suppress evidence secured under a search warrant in a cause pending in the respondent court entitled: *State of Montana, Plaintiff, vs. Dan Donovan, Defendant*, criminal cause 1138.

Counsel was heard ex parte and the matter taken under advisement. The Court now being advised, and noting that there is an adequate remedy at law, denies the relief sought and directs that this proceeding be dismissed.